**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2574**

_____

In Re:  JANICE WOLK GRENADIER,

          Petitioner.

_____

On Petition for Writ of Mandamus.
(1:14-cv-00827-LMB-TCB)

_____

Submitted:  July 15, 2016         Decided:  July 26, 2016

_____

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Janice Wolk Grenadier, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janice Wolk Grenadier petitions for a writ of mandamus seeking an order requiring the district court judge to recuse herself. We conclude that Grenadier is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. U.S. Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

Because Grenadier essentially seeks to reopen her case, the relief sought is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2